**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION

MDL NO. 2973 (BRM-ESK)

---------------------------------------------------

**ORDER**

This matter having been opened by the Court on its own motion; and the Court being further advised that a Complaint has been filed in the "Master Case" in error; and the Court wishing to correct the docket, and for good cause appearing;

IT IS on this 5th day of May, 2021

ORDERED that pursuant to Local Rule 5.2 and this District's Electronic Filing Procedures, the Clerk of the Court shall remove ECF #33 as the Complaint will be refiled as an individual action. (Lena Morris and Allan Morris v. Janssen Pharmaceuticals, Inc.)

s/Brian R. Martinotti

**BRIAN R. MARTINOTTI, U.S.D.J.**