# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| IN RE: ELMIRON PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*MARGARET EMMONS*<br><br>Case Number: 2:20-cv-12328 | Master File No. 2:20-MD-02973<br>MDL No. 2973<br><br>HON. BRIAN R. MARTINOTTI<br><br>HON. EDWARD S. KIEL |

## RULE 7.1.1(a) DISCLOSURE STATEMENT

Plaintiff, Margaret Emmons, hereby notify the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of the Plaintiff's attorney's fees or expenses of litigation in exchange for a contingent financial interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: July 28, 2021

Respectfully Submitted,

/s/ Levi M. Plesset
Levi M. Plesset (CA Bar No. 296039)
MILSTEIN JACKSON FAIRCHILD
& WADE, LLP
10990 Wilshire Blvd, 8th Floor
Los Angeles, CA 90024
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
lplesset@mjfwlaw.com

*Attorney for Plaintiff,*
*Margaret Emmons*

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed the foregoing document on July 28, 2021, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

                                                  */s/ Levi M. Plesset*
                                                  Levi M. Plesset