# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION | Case No. 2:20-md-02973 (BRM)(ESK) MDL No. 2973 |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BRIAN R. MARTINOTTI JUDGE EDWARD S. KIEL |

## REPORT AND RECOMMENDATION [1]

**THIS MATTER** having come before the Special Master at the request of Judge Brian Martinotti, U.S.D.J., to oversee the reapplication process for the Plaintiffs' Steering Committee ("PSC"); and the undersigned having been appointed as Special Master for the Common Benefit Fund by Order entered on October 13, 2021 (ECF No. 94); and the Special Master having carefully reviewed the reapplications and new applications to the PSC; and the Special Master having considered the qualifications of the PSC applicants and having consulted at length with Plaintiffs' lead counsel; and the Special Master being satisfied that the following persons are fully qualified and will make a substantial contribution to the PSC committee;

**IT IS HEREBY** respectfully recommended that the following individuals be appointed to the PSC:

---

[1] The recommended PSC members are essentially the same as set forth in the Court's prior Orders. However, one former member did not reapply and there was one entirely new application. There were also changes in firm affiliations, which are accounted for. Otherwise, the membership of the PSC remains the same.

**Recommended Plaintiffs' Steering Committee ("PSC") Members:**

**Aimee Wagstaff**
Andrus & Wagstaff, P.C.
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (720) 208-9414
Fax: (303) 376-6361
Email: aimee.wagstaff@andruswagstaff.com

**Audrey Perlman Raphael**
Levy Konigsberg, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
Phone: (212) 605-6200
Fax: (212) 605-6253
Email: ARaphael@levylaw.com

**Emily Acosta**
Martin Baughman
3141 Hood Street, Suite 600
Dallas, TX 75219
Phone: (214) 231-9827
Fax (214) 744-7590
Email: eacosta@martinbaughman.com

**Francisco R. Maderal**
Maderal Byrne PLLC
2525 Ponce de Leon Blvd, 9th Floor
Coral Gables, FL 33146
Phone: (305) 520-5690
Fax: (305) 520-5698
Email: frank@maderalbyrne.com

**Sindhu Daniel**
Grant & Eisenhofer, P.A.
123 Justison Street, 6th Floor
Wilmington, DE 19801
Phone: (302) 622-7033
Fax: (302) 622-7100
Email: sdaniel@gelaw.com

**Anne Callis**
Holland Law Firm
211 N Broadway Suite 2625
St. Louis, MO 63102
Phone: (618) 452-1323
Fax: (618) 452-8024
Email: acallis@hollandtriallawyers.com

**Robert J. Drakulich**
The Drakulich Firm, APLC
2727 Camino del Rio South, Suite 322
San Diego, CA 92108
Phone: (858) 755-5887
Fax: (858) 755-6456
Email: rjd@draklaw.com

**Catherine Hilliard**
Hilliard Martinez Gonzales, LLP
719 S Shoreline Blvd,
Corpus Christi, TX 78401
Phone: (361) 882-1612
Fax: (361) 882-3015
Email: catherine@hmglawfirm.com

**Megan Moore**
Pulaski Kherkher, PLLC
2925 Richmond Avenue Suite 1725
Houston, TX 77098
Phone: (832) 690-4024
Fax: (713) 664-7543
Email: megan@pulaskilawfirm.com

**Ruth Rizkalla**
The Carlson Law Firm
200 Pier Avenue, Suite 126
Hermosa Beach, CA 90254
Phone: (866) 515-7369
Fax: (254) 526-2325
Email: RRizkalla@carlsonattorneys.com

**Thomas P. Valet**
Rappaport, Glass, Levine, & Zullo, LLP
1355 Motor Parkway
Islandia, NY 11749
Phone: (631) 293-2300
Fax: (631) 293-2918
Email: tvalet@rapplaw.com

**Melanie S. Bailey**
Burg Simpson Eldredge Hersh & Jardine, P.C.
201 East 5th Street, Suite 1340
Cincinnati, OH 45202
Phone: (513) 852-5600
Fax: (513) 852-5611
Email: mbailey@burgsimpson.com

**Mitchell T. Theodore**
Cory Watson Attorneys
2131 Magnolia Ave S
Birmingham, AL 35205
Phone: (205) 271-7151
Fax: (205) 324-7896
Email: mtheodore@corywatson.com

**Ann E. Rice Ervin**
Motley Rice
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: (843) 216 9254
Fax: (843) 216-9450
Email: ariceervin@motleyrice.com

Dated: June 22, 2021

*/s/ Mark Falk*
Hon. Mark Falk, U.S.M.J. (Ret.)
Special Master