# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION | Case No. 2:20-md-02973 (BRM)(ESK) <br> MDL NO. 2973 |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BRIAN R. MARTINOTTI <br> JUDGE EDWARD S. KIEL |

## ORDER

The bellwether trial date of January 30, 2023, scheduled for *Maria Windham v. Janssen Pharmaceuticals, Inc, et al*, 20-cv-14670, is hereby adjourned until March 27, 2023; counsel shall meet and confer and submit an amended CMO 17 to reflect this change throughout the remaining scheduled deadlines.

IT IS SO ORDERED, this 24th day of October 2022.

*/s/Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**