UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: MARTINOTTI  
Magistrate Judge:   KIEL  
Court Reporter:   TAMMERA WITTE  

Date:   03/07/2023  
Case No.: 2:20-2973

Title of the Case:

> In Re: ELMIRON (PENTOSANPOLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION

**Appearances**

**Note:   See attached list for appearances**

Nature of Proceedings:

Liaison and Steering Committee Conferences held off the record  
Case Management Conference held via Zoom on the record  
Joint Proposed Case Management Order and Future Conferences Order to be submitted

Lissette Rodriguez, Courtroom Deputy  
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced:   11:00 am – 11:15 am  
Time Concluded:    12:00 pm – 12:05 pm