IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION | Case No. 2:20-md-02973 (BRM)(ESK) MDL No. 2973 |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BRIAN R. MARTINOTTI JUDGE EDWARD S. KIEL |

### ORDER

THIS COURT, having reviewed Plaintiffs' Motion to Establish the Elmiron Fee Fund and Elmiron Expense Fund at Esquire Bank and to Appoint Archer Systems LLC as Escrow Agent (ECF No. 196), and having received no objection thereto

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and Plaintiffs' Co-Lead Counsel is directed to establish two interest-bearing accounts at Esquire Bank to receive and disburse common benefit funds as provided in Amended Case Management Order No. 15. The first fund shall be designated the "Elmiron Fee Fund" and the second fund shall be designated the "Elmiron Expense Fund." Each fund shall qualify as a qualified settlement fund as defined in Internal Revenue Code § 468B and the Regulations thereunder. Both funds will be held subject to the direction of this Court.

This Court further appoints Archer Systems LLC to serve as Escrow Agent over the Funds. IT IS SO ORDERED.

Dated this 29th day of August 2023

                                                                */s/Brian R. Martinotti*
                                                                 Brian R. Martinotti
                                                                 United States District Judge