

**BARNES & THORNBURG** LLP

One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833 U.S.A.
(312) 357-1313
Fax (312) 759-5646

www.btlaw.com

James F. Murdica
Partner
(312) 214-4869
jmurdica@btlaw.com

January 10, 2024

**VIA ECF**

Honorable Brian R. Martinotti
United States District Judge
United States District Court, District of New Jersey
Clarkson F. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   RE: **In re Elmiron (Pentosan Polysulfate Sodium) Prods. Liab. Litig.**
      **MDL No. 2973**

Dear Judge Martinotti:

  On behalf of the Court-appointed Resolution Liaison Counsels in the above-referenced action, Plaintiffs' Resolution Liaison Counsel, Christopher A. Seeger of Seeger Weiss LLP, and myself (as Defense Resolution Liaison Counsel) write to request a conference with Your Honor to update the Court regarding our resolution efforts.

  If the request is granted, we respectfully suggest that the conference be scheduled for January 15, 2024 if the Court is available.

  Thank you for Your Honor's consideration.

              Respectfully submitted,

              BARNES & THORNBURG LLP

              */s/ JFM*

              James F. Murdica

JFM/emp

  cc: Christopher A. Seeger (Seeger Weiss LLP) (via e-mail)

     All Counsel of Record (via ECF)