UNITED STATES DISTRICT COURT  
DISTRICT OF NEW JERSEY  
MINUTES

Judge: MARTINOTTI  
Court Reporter: TAMMERA WITTE (STAND-BY)

Date: 01/25/2024  
Case No.: 2:20-2973

Title of the Case:

> In Re: ELMIRON (PENTOSANPOLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION

**Appearances**

Christopher Seeger & James Murdica

Nature of Proceedings:

(Virtual) Status Conference held with Resolution Liaison Counsel  
Update provided to the Court re: resolution  
OTBS

Lissette Rodriguez, Courtroom Deputy  
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced: 10:30 am  
Time Concluded: 10:45 am