# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION | Case No. 2:20-md-02973 (BRM) (ESK) <br><br> **ORDER** |

**THE COURT** held a conference with resolution liaison counsel on January 25, 2024. Having been notified that a substantial portion of the cases have been successfully resolved, and finding good cause exists, the Court will hold an in-person settlement conference on Friday, February 23, 2024, at 10:00 a.m. The following counsel from Parker Waichman shall appear with full settlement authority: (1) Jerry Parker, Esq.; (2) Melanie Muhlstock, Esq.; and (3) Raymond Silverman, Esq. Counsel from Parker Waichman shall notify their clients of the conference and advise them to be available by telephone.

**SO ORDERED.**

Date: January 25, 2024

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**