**PW  Parker | Waichman LLP**
A NATIONAL LAW FIRM
NEW YORK | LONG ISLAND | NEW JERSEY | FLORIDA

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

*VIA ECF*

February 9, 2024

Honorable Brian R. Martinotti
United States District Judge
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   RE: *In re Elmiron (Pentosan Polysulfate Sodium) Prods. Liab. Litig.*
      MDL No. 2973

Dear Judge Martinotti:

Parker Waichman LLP currently represents 110 plaintiffs with cases pending in the above-captioned action.[1]

We are in receipt of your January 25, 2024 Order directing certain counsel from Parker Waichman LLP to appear for an in-person settlement conference on Friday, February 23, 2024, at 10:00 a.m.

Unfortunately, Jerrold Parker[2] will not be in the continental United States on that date. We therefore respectfully request that he be granted permission to attend the settlement conference either by telephone or Zoom, whichever is more convenient for the Court.

Mr. Silverman and I, both partners at Parker Waichman LLP who are very familiar with this litigation, will personally appear in Court with full authority to speak on behalf of the firm and its clients.

Thank you for your consideration.

Respectfully submitted,

PARKER WAICHMAN LLP

Melanie H. Muhlstock

cc:  All Counsel of Record (via ECF)

---

[1] As communicated to counsel for Defendants, Parker Waichman LLP currently represents a total of 147 plaintiffs with imaging-confirmed Elmiron-related injuries.

[2] Mr. Parker is not involved in the day-to-day activities in this litigation.