UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: MARTINOTTI  
Court Reporter: TAMMERA WITTE (STAND-BY)

Date: 02/23/2024  
Case No.: 2:20-2973

Title of the Case:

> In Re: ELMIRON (PENTOSANPOLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION

**Appearances**

**Special Master,** Hon. Robert F. Polifroni

**Attorneys: for Plaintiff(s)**
Jason S. Goldstein, Jerrold Parker, Melanie Muhlstock, Chris Oxx, Harrison M. Biggs, Raymond C. Silverman, Parvin K. Aminolroaya, Thomas P. Valet & Alyson Oliver,

**Attorneys for Defendant(s)**
James F. Murdica & Erin Pauley, Attorneys for Defendant

Nature of Proceedings:

In Person Settlement Conference held (re: Parker Pltfs)
Counsel to meet, confer and discuss further settlement of this matter
Settlement Conference set 06/20/24 @ 10:00 am

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced: 10:00 am
Time Concluded: 11:30 am