# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL NO. 2973<br>Master Docket Case No. 2:20-md-02973<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LEDA D. WETTRE |

## ORDER ON REPORT AND RECOMMENDATION

Having appointed the Honorable Mark Falk (Ret.) on October 13, 2021, by Case Management Order #19 [Dkt. 94], to serve as a Special Master to review and address any issues related to the common benefit order (Case Management Order #15), and for good cause appearing, this Court now **ADOPTS** the Report & Recommendation of Special Master Falk, dated November 14, 2025. There were no objections received to this Report & Recommendation, and Judge Falk had indicated each law firm's award was accepted without objection by written and confirmed communication.

To this end, and consistent with Judge Falk's Report & Recommendation, this Court directs that the Escrow Agent retained by the PSC, Archer Systems LLC, coordinate and issue payment of the common benefit fee and expense funds to those firms identified on Exhibit 1 of this Order. A copy of Judge Falk's Report & Recommendation shall be delivered to the Escrow Agent. These payments should be made forthwith.

**SO ORDERED.**

Date: November 24, 2025

*/s/Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT 1

| Firm Name | Expense Allocation | Fee Allocation | Fee Allocation %age |
|---|---|---|---|
| Seeger Weiss | $ 260,672.56 | $ 10,676,052.26 | 24.48% |
| Douglas & London | $ 249,817.96 | $ 7,530,000.00 | 17.26% |
| Morgan & Morgan | $ 104,115.32 | $ 7,524,500.00 | 17.25% |
| Levin Papantonio | $ 191,081.67 | $ 5,125,000.00 | 11.75% |
| Aylstock Witkin Kreis & Overholtz | $ 140,653.40 | $ 2,570,000.00 | 5.89% |
| Colson Hicks Eidson/Maderal Byrne | $ 109,545.40 | $ 2,570,000.00 | 5.89% |
| Anapol Weiss | $ 102,476.54 | 1,000,000.00 | 2.29% |
| Carella Byrne Cecchi Brody & Agnello | $ 100,323.70 | $ 1,216,148.00 | 2.79% |
| The Drakulich Firm | $ 102,504.58 | $ 800,000.00 | 1.83% |
| Johnson Becker | $ 129,568.80 | $ 655,000.00 | 1.50% |
| Parker Waichman | $ 123,577.82 | $ 884,520.00 | 2.03% |
| The Carlson Law Firm | $ 104,781.34 | $ 400,000.00 | 0.92% |
| Lanier Law Firm | $ 102,121.57 | $ 375,000.00 | 0.86% |
| Levy Konigsberg | $ 100,000.00 | $ 215,000.00 | 0.49% |
| Pulaski Kherkher | $ 100,000.00 | $ 500,000.00 | 1.15% |
| Grant & Eisenhofer | $ 100,000.00 | $ 250,000.00 | 0.57% |
| Burg Simpson Eldredge Hersh & Jardine | $ 100,619.61 | $ 225,000.00 | 0.52% |

| Firm Name | Expense Allocation | Fee Allocation | Fee Allocation %age |
|---|---|---|---|
| Wagstaff Law Firm | $ 127,341.69 | $ 165,000.00 | 0.38% |
| Ben Martin Law Group (f/k/a Martin Baughman) | $ 100,000.00 | $ 70,000.00 | 0.16% |
| Napoli Shkolnik | $ 100,643.54 | $ 120,000.00 | 0.28% |
| Holland Law Firm | $ 105,915.31 | $ 85,000.00 | 0.19% |
| Hilliard Martinez Gonzales | $ 100,855.43 | $ 135,000.00 | 0.31% |
| Weitz & Luxenberg | $ 100,218.66 | $ 102,000.00 | 0.23% |
| Rappaport Glass Levine & Zullo | $ 100,000.00 | $ 75,000.00 | 0.17% |
| Cory Watson Attorneys | $ 100,000.00 | $ 35,000.00 | 0.08% |
| Motley Rice | $ - | $ 12,500.00 | 0.03% |
| Rogers, Patrick, Westbrook & Brickman | $ - | $ 115,000.00 | 0.26% |
| Kozyak Tropin & Throckmorton | $ 18,728.14 | $ 115,000.00 | 0.26% |
| Milberg Coleman Bryson Phillips Grossman | $ 100,000.10 | $ 60,000.00 | 0.14% |
| Pennock Law Firm | $ - | $ 10,000.00 | 0.02% |
| | $ 3,175,563.14 | $ 43,615,720.26 | 100.00% |